AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Justin Welsh | ) | Case No. | 24-mj-00153-JPO |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Justin Welsh                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Production of Child Pornography in violation of 18 U.S.C. § 2251(a)


                                                                                          *s/ James P. O'Hara*

Date: August 15, 2024
                                                                                          *Issuing officer's signature*

City and state Denver, CO:
                                                                                          U.S. Magistrate Judge James P. O'Hara

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |